UNITED STATES DISTRICT COURT
MIDDLE DISTRICT FLORIDA
ORLANDO DIVISION

DRIRITE USA, INC.  CASE NO.:  6:19-CV-1390
a/a/o Prosperitas Leadership Academy, Inc.

Plaintiff,

v.

LIBERTY MUTUAL INSURANCE
COMPANY

       Defendant.
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

COMES NOW, the Plaintiff, DRIRITE, USA, Inc., a/a/o Prosperitas Leadership Academy, Inc., by and through the undersigned counsel, and hereby files this Notice of Voluntary Dismissal Without Prejudice of the above referenced matter.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via Email to: Matthew Lavisky, Esq. at mlavisky@butler.legal and Starr Brookins, Esq. at sbrookins@butler.legal this 10th day of September, 2019.

          __/S/ *Guy H. Gilbert, Esq.*___
          GUY H. GILBERT, ESQ.
          FBN: 0030120
          Law Office of Guy H. Gilbert
          4700 Millenia Blvd., Suite 175
          Orlando, FL  32839
          (321) 948-6068 telephone
          (321) 226-5073 facsimile
          Counsel for Plaintiff
          Primary:  Eservice@InsuranceLawFirm.net
          Secondary: pmelegal@gmail.com